

# IN THE
# TENTH COURT OF APPEALS

───────────────

## No. 10-23-00429-CV

## IN RE MATTHEW JAMES MURSKI

───────────────

## Original Proceeding

From the 361st District Court
Brazos County, Texas
Trial Court No. 21-000630-CVD-361

───────────────

# MEMORANDUM OPINION

───────────────

Matthew Murski's petition for writ of habeas corpus, filed on December 29, 2023, is denied. TEX. R. APP. P. 52.8(d). Because we have denied the petition, we revoke the bond set by this Court, and remand him to the custody of the Sheriff of Brazos County, Texas, for confinement pursuant to the trial court's contempt order. TEX. R. APP. P. 52.8(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition denied; Bond revoked
Opinion delivered and filed October 24, 2024
[OT06]

